UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| United States of America *ex rel.* Shores LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>American/BCEGZ; American Multifamily, Inc.; and BCEGI-USA, Inc.,<br><br>　　　　Defendants. | Case No. SACV 15-00731 AG (JCGx)<br><br>**JUDGMENT** |

The Court enters judgment for Defendants and against Plaintiff.

Dated February 2, 2016

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Hon. Andrew J. Guilford
　　　　　　　　　　　　　　　　　　United States District Judge

JUDGMENT