***AMENDED 2/15/2017 as to year of signature dated ONLY***

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| United States of America *ex rel.* Shores LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>American/BCEGZ; American Multifamily, Inc.; and BCEGI-USA, Inc.,<br><br>    Defendants. | Case No. SACV 15-00731 AG (JCGx)<br><br>AMENDED<br>**JUDGMENT** |

The Court enters judgment for Defendants and against Plaintiff.

Dated February 2, ~~2016~~ 2017

_____
Hon. Andrew J. Guilford
United States District Judge

JUDGMENT